B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   AIROCARE, INC   
Debtor(s)

Case No. _____  
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Joyce D.C. Young<br>870 Childs Point Road<br>Annapolis, MD 21401 | Joyce D.C. Young<br>870 Childs Point Road<br>Annapolis, MD 21401 | | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 1,530,000.00 |
| EBY Family LLC<br>870 Childs Point Road<br>Annapolis, MD 21401 | EBY Family LLC<br>870 Childs Point Road<br>Annapolis, MD 21401 | | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 1,530,000.00 |
| Erik B. Young<br>870 Childs Point Road<br>Annapolis, MD 21401 | Erik B. Young<br>870 Childs Point Road<br>Annapolis, MD 21401 | | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 1,530,000.00 |
| Carlos Lima<br>Av. Ricardo Lyon 967<br>Providencia, Santiago, Chile | Carlos Lima<br>Av. Ricardo Lyon 967<br>Providencia, Santiago, Chile | License | Contingent<br>Unliquidated<br>Disputed | 750,000.00 |
| Key Electronics<br>2533 Centennial Blvd.<br>Jeffersonville, IN 47130 | Key Electronics<br>2533 Centennial Blvd.<br>Jeffersonville, IN 47130 | Trade debt | Contingent<br>Unliquidated<br>Disputed | 352,779.28 |
| Amco Insurance Co.<br>c/o Murray M. Aron, Esquire<br>6770 N. West Avenue, Suite 103<br>Fresno, CA 93711 | Amco Insurance Co.<br>c/o Murray M. Aron, Esquire<br>6770 N. West Avenue, Suite 103<br>Fresno, CA 93711 | Loss damage etc. | | 167,000.00 |
| Mid-South Electronics, Inc.<br>P.O. Box 1308<br>Gadsden, AL 35902 | Mid-South Electronics, Inc.<br>P.O. Box 1308<br>Gadsden, AL 35902 | Trade debt | | 166,072.94 |

In re   AIROCARE, INC                                            Case No. _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service Spec. Procedures/Support Staff P.O. Box 10025 Richmond, VA 23240-0025 | Internal Revenue Service Spec. Procedures/Support Staff P.O. Box 10025 Richmond, VA 23240-0025 | | | 150,000.00 |
| EMF Properties Group, LLC 120 Towerview Court Cary, NC 27513 | EMF Properties Group, LLC 120 Towerview Court Cary, NC 27513 | Rent | | 35,868.75 |
| Firebreak Partners, LLC 1061 Vista Drive Mc Lean, VA 22102 | Firebreak Partners, LLC 1061 Vista Drive Mc Lean, VA 22102 | Services | | 31,250.00 |
| Jack Prouty 309 Dawnwood Drive Edgewater, MD 21037 | Jack Prouty 309 Dawnwood Drive Edgewater, MD 21037 | Salary | Disputed | 27,675.31 |
| BB&T 200 West Second Street Winston Salem, NC 27101 | BB&T 200 West Second Street Winston Salem, NC 27101 | Royalty payments due Debtor | | 148,354.87 (125,000.00 secured) |
| Air Quality Sciences 2211 Newmarket Parkway Suite 105 Marietta, GA 30067 | Air Quality Sciences 2211 Newmarket Parkway Suite 105 Marietta, GA 30067 | Trade debt | | 21,400.00 |
| Terry Woodbridge 107 Parkcanyon Lane Cary, NC 27519 | Terry Woodbridge 107 Parkcanyon Lane Cary, NC 27519 | Employee Salary & Expenses | | 21,000.82 |
| Stuart Rutchik 723 Galestone Street Gaithersburg, MD 20878 | Stuart Rutchik 723 Galestone Street Gaithersburg, MD 20878 | Employee Salary & Expenses | Disputed | 20,126.80 |
| Washington Dept. of Revenue P.O. Box 34054 Seattle, WA 98124 | Washington Dept. of Revenue P.O. Box 34054 Seattle, WA 98124 | | | 12,289.03 |
| United Healthcare Insurance Dept. CH 10151 Palatine Palatine, IL 60055 | United Healthcare Insurance Dept. CH 10151 Palatine Palatine, IL 60055 | Insurance | | 11,453.81 |
| William Synder 13830 Bronco Place Germantown, MD 20874 | William Synder 13830 Bronco Place Germantown, MD 20874 | Employee Salary & Expenses | | 10,079.52 |
| New Jersey Div. of Tax Revenue P.O. Box 261 Trenton, NJ | New Jersey Div. of Tax Revenue P.O. Box 261 Trenton, NJ | | | 9,457.24 |

B4 (Official Form 4) (12/07) - Cont.

In re  AIROCARE, INC
_____
             Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Electronics Accounts Receivable Department P.O. Box 2325 Fort Worth, TX 76113-2325 | Allied Electronics Accounts Receivable Department P.O. Box 2325 Fort Worth, TX 76113-2325 | Trade debt | | 6,979.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 29, 2010                     Signature  /s/ Eric Wells
                                                  Eric Wells
                                                  President/Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.