# United States Bankruptcy Court
### Eastern District of Virginia

In re  AIROCARE, INC                                    ,  Case No.   10-14519-RGM
                                Debtor

Chapter   11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Abell, Christopher<br>8 Magnolia Parkway<br>Chevy Chase, MD 20815 | Series A | 100,000 | Preferred |
| Apton, Ralph<br>9610 Beach Mill Road<br>Great Falls, VA 22066 |  | 525,000 | Common |
| Avon, Richard<br>8607 Village Park Place<br>Chevy Chase, MD 20815 |  | 25,000 | Common |
| Bair, Bruce<br>12222 Harrington Street<br>Bakersfield, CA 93311 |  | 70,000 | Common |
| Bekenstein, David<br>12394 Brown Fox Way<br>Reston, VA 20191 |  | 116,700 | Common |
| Bekenstein, William<br>1113 Water Point Lane<br>Reston, VA 20194 |  | 29,175 | Common |
| Bersoff, Edward H.<br>7710 Woodmont Avenue<br>Apt. 1209<br>Bethesda, MD 20814 | Series A | 100,000 | Preferred |
| Bersoff, Edward H.<br>7710 Woodmont Avenue<br>Apt. 1209<br>Bethesda, MD 20814 |  | 50,000 | Common |
| Brigham, Christopher<br>10608 Oak Place<br>Fairfax, VA 22030 |  | 50,000 | Common |
| Bunch, Samuel<br>13484 Brightview Way<br>Gainesville, VA 20155 |  | 25,000 | Common |
| Chambers, William<br>10229 Cedar Pond Dr.<br>Vienna, VA 22182 |  | 2,020,959 | Common |

   5    continuation sheets attached to List of Equity Security Holders

In re   AIROCARE, INC                                          ,   Case No.   10-14519-RGM
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cole, Kevin W.<br>1803 Pillory Drive<br>Vienna, VA 22182 | Series A | 50,000 | Preferred |
| Crovato, Ferdinand & Elizabeth<br>1407 Buena Vista Avenue<br>Mc Lean, VA 22101 | Series A | 125,000 | Preferred |
| Datawatch Systems, Inc.<br>4401 East West Highway<br>Bethesda, MD 20814 | Series A | 750,000 | Preferred |
| Dolton, David<br>P.O. Box 3923<br>Merrifield, VA 22116 | | 25,000 | Common |
| Dunn, George & Carol<br>4605 DeRussey Pkwy<br>Chevy Chase, MD 20815 | | 50,000 | Common |
| Ebersole, Paul<br>c/o C&D Ebersole Trust<br>752 Loma Vista Drive<br>Redding, CA 96002 | Series A | 100,000 | Preferred |
| Eller-Moffett, Phyllis<br>1311 Queensferry Rd.<br>Cary, NC 27511 | | 87,740 | Common |
| Farr, Michael<br>8602 Village Park Place<br>Chevy Chase, MD 20815 | Series A | 50,000 | Preferred |
| Farr, Michael<br>8602 Village Park Place<br>Chevy Chase, MD 20815 | | 100,000 | Common |
| Ford, Gary<br>6920 Hillmead Road<br>Bethesda, MD 20817 | Series A | 125,000 | Preferred |
| Ford, Gary<br>6920 Hillmean Road<br>Bethesda, MD 20817 | | 275,000 | Common |
| Gerrish, William & Denise<br>8007 Kerry Lane<br>Chevy Chase, MD 20815 | Series A | 200,000 | Preferred |

Sheet   1   of   5   continuation sheets attached to the List of Equity Security Holders

In re   AIROCARE, INC                                              ,   Case No.   10-14519-RGM
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Golden, Joe & Susan<br>9700 Ferol Drive<br>Vienna, VA 22182 | | 100,000 | Common |
| Gupta, Jai<br>9004 Congressional Dr.<br>Potomac, MD 20854 | | 100,000 | Common |
| Haas, David<br>1717 Rhode Island Avenue, NW<br>Washington, DC 20036 | | 2,020,959 | Common<br>(disputed) |
| Holladay, Wallace F., Jr.<br>3200 Idaho Aevnue, N.W.<br>Washington, DC 20016 | Series A | 1,035,000 | Preferred |
| Holladay, Wallace F., Jr.<br>3200 Idaho Avenue, N.W.<br>Washington, DC 20016 | | 350,000 | Common |
| Illanes, Matias<br>4236 Charley Forest St.<br>Olney, MD 20832 | | 22,500 | Common |
| International Investments LLC<br>12966 Highland Oaks Ct.<br>Fairfax, VA 22033 | Series A | 250,000 | Preferred |
| Levya, F. Andre<br>19200 Seneca Ridge Ct.<br>Montgomery Village, MD 20886 | Series A | 20,000 | Preferred |
| Levya, Fernando/Juanita<br>4240 Fordham Road, NW<br>Washington, DC 20036 | Series A | 20,000 | Preferred |
| Levya, Maria<br>4316 Embassy Park Drive, NW<br>Washington, DC 20016 | Series A | 20,000 | Preferred |
| Lima, Carlos<br>Av. Ricardo Lyon 967<br>Providencia<br>Santiago, CHILE | | 2,560,001 | Common |
| Lorek, Ana<br>5602 Jordan Road<br>Bethesda, MD 20816 | Series A | 20,000 | Preferred |

Sheet   2    of    5    continuation sheets attached to the List of Equity Security Holders

In re   AIROCARE, INC                                ,   Case No.   10-14519-RGM
                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Martin, David<br>6518 Heather Brook Court<br>Mc Lean, VA 22101 | | 25,000 | Common |
| McCarthy Investment Co., Inc.<br>23 Primrose Street<br>Chevy Chase, MD 20815 | Series A | 185,000 | Preferred |
| McCarthy Investment Co., Inc.<br>23 Primrose Street<br>Chevy Chase, MD 20815 | | 35,000 | Common |
| McDonald, Robert<br>1050 Harriman St.<br>Great Falls, VA 22066-2533 | | 2,560,001 | Common |
| Meltzer, Alan<br>7021 Natelli Woods Lane<br>Bethesda, MD 20817 | | 50,000 | Common |
| Meyer, Kathleen L.<br>9222 Highland Ridge Way<br>Tampa, FL 33647 | Series A | 50,000 | Preferred |
| Newton, Michael<br>9217 Highland Ridge Way<br>Tampa, FL 33647 | Series A | 25,000 | Preferred |
| Organovitch, Serge<br>206 Birdie Road<br>Locust Grove, VA 22508 | | 35,000 | Common |
| Patton, Richard W.<br>5195 St. Andrews Island Drive<br>Vero Beach, FL 32967 | Series A | 100,000 | Preferred |
| Prouty, Allison<br>309 Dawnwood Dr.<br>Edgewater, MD 21037 | | 25,000 | Common |
| Prouty, Amanda<br>309 Dawnwood Dr.<br>Edgewater, MD 21037 | | 25,000 | Common |
| Prouty, Jack<br>309 Dawnwood Dr.<br>Edgewater, MD 21037 | | 2,460,001 | Common |
| Prouty, Patricia<br>309 Dawnwood Dr.<br>Edgewater, MD 21037 | | 50,000 | Common |

Sheet   3   of   5   continuation sheets attached to the List of Equity Security Holders

In re   AIROCARE, INC                                      ,    Case No.   10-14519-RGM
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Racich, Kathleen<br>9217 Highland Ridge Way<br>Tampa, FL 33647 | Series A | 25,000 | Preferred |
| RSSI Associates, LLC<br>9004 Congressional Dr.<br>Potomac, MD 20854 |  | 1,666,668 | Common |
| Rutchik, Janet<br>723 Gatestone St.<br>Gaithersburg, MD 20878 |  | 145,875 | Common |
| Rutchik, Rebecca<br>723 Gatestone St.<br>Gaithersburg, MD 20878 |  | 25,000 | Common |
| Rutchik, Robin<br>723 Gatestone St.<br>Gaithersburg, MD 20878 |  | 25,000 | Common |
| Rutchik, Stuart<br>723 Gatestone St.<br>Gaithersburg, MD 20878 |  | 1,481,917 | Common |
| Saxon, Roberta/Steve<br>5808 Wiltshire Dr.<br>Bethesda, MD 20816 | Series A | 295,000 | Preferred |
| Saxon, Roberta/Steve<br>5808 Wiltshire Drive<br>Bethesda, MD 20816 |  | 300,000 | Common |
| Shelton, Wayne<br>7419 Seneca Ridge Drive<br>Mc Lean, VA 22102 | Series A | 100,000 | Preferred |
| Shelton, Wayne<br>7419 Seneca Ridge Drive<br>Mc Lean, VA 22102 |  | 50,000 | Common |
| Tardiff, James G.<br>3511 Shepherd Street<br>Chevy Chase, MD 20815 | Series A | 100,000 | Preferred |
| Toser, Barry<br>9710 Fonda Drive<br>Vienna, VA 22182 |  | 50,000 | Common |
| Webb, Michael Revocable Trust<br>7857 Heritage Drive, Ste. 300<br>Annandale, VA 22003 |  | 100,000 | Common |

Sheet   4   of   5   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                    Best Case Bankruptcy

In re  AIROCARE, INC                                         ,   Case No.  10-14519-RGM
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wells, Billie Lee<br>11557 Seneca Hill Court<br>Great Falls, VA 22066 | Series A | 250,000 | Preferred |
| Wells, Eric<br>11557 Seneca Hill Court<br>Great Falls, VA 22066 | Series A | 250,000 | Preferred |
| Wells, Eric<br>11557 Seneca Hill Court<br>Great Falls, VA 22066 |  | 500,000 | Common |
| Woodbridge, Terry<br>107 Parkcanyon Lane<br>Cary, NC 27519 |  | 481,917 | Common |
| Young, Erik<br>870 Child's Point Road<br>Annapolis, MD 21401 |  | 25,000 | Common |
| Zuckerman, Barry & Pamela M.<br>16 Greenwich Park<br>Boston, MA 02118 | Series A | 115,000 | Preferred |
| Zuckerman, Barry & Pamela M.<br>16 Greenwich Park<br>Boston, MA 02118 |  | 190,000 | Common |
| Zuckerman, Jake<br>205 Park Place, Apt. # 5<br>Brooklyn, NY 11238 | Series A | 40,000 | Preferred |
| Zuckerman, Jake<br>205 Park Place, Apt. # 5<br>Brooklyn, NY 11238 |  | 60,000 | Common |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 14, 2010                        Signature  /s/ Eric Wells
                                                       Eric Wells
                                                       President/Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet  5  of  5  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy