**Alan Rosenblum, Esq.**
Virginia Bar #19973
**ROSENBLUM & ROSENBLUM, L.L.C.**
228 South Washington Street, Suite 300
P. O. Box 320039
Alexandria, Virginia  22320
Counsel for Robert D. McDonald

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. **10-14519-RGM** |
| **AirOcare, Inc.**, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

# OBJECTION BY ROBERT McDONALD TO DEBTOR'S MOTION FOR APPROVAL OF THE ADEQUACY OF PROPOSED DISCLOSURE STATEMENT

**Robert D. McDonald**, by counsel, hereby files his Objection to Debtor's Motion for Approval of the Adequacy of the Proposed Disclosure Statement on the basis that such Disclosure Statement fails to contain adequate information for creditors and shareholders to make an *informed judgment* about a plan of reorganization as required by Section 1125(b) of the Bankruptcy Code, as set forth on the attached Memorandum.

Dated: January 4, 2011

             **Robert D. McDonald**.
              By Counsel

             **/s/Alan Rosenblum**
             Alan Rosenblum, Esq.
             VSB# 19973
             Rosenblum & Rosenblum, LLC
             P.O. Box 320039
             Alexandria, VA  22320

# CERTIFICATE OF SERVICE

I hereby certify that on this January 4, 2011 a true copy of the foregoing OBJECTION and MEMORANDUM IN SUPPORT OF OBJECTION BY ROBERT McDONALD TO DEBTOR'S MOTION FOR APPROVAL OF THE ADEQUACY OF PROPOSED DISCLOSURE STATEMENT was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service and sent by first-class mail postage pre-paid to the following parties:

**Frank J. Bove**
Office of the US Trustee
115 S. Union St., Ste. 210
Alexandria, VA 22314
frank.j.bove@usdoj.gov

**Lawrence Allen Katz**
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
lakatz@venable.com

**Kristen E. Burgers**
Venable LLP
8010 Towers Crescent Dr. Suite 300
Vienna, VA 22182-2707
keburgers@venable.com

**Stephen E. Leach**
Leach Travell Britt, PC
8270 Greensboro Drive
Suite 1050
McLean, VA 22102
sleach@ltblaw.com

Securities and Exchange Commission
Philadelphia Regional Office
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Securities and Exchange Commission
Atlanta Regional Office
ATTN: Susan R. Sherrill-Beard, Esq.
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

      **/s/ Alan Rosenblum**
Alan Rosenblum, Esq.
VSB# 19973
Rosenblum & Rosenblum, LLC
P.O. Box 320039
Alexandria, VA  22320