**EXHIBIT B**

# ARC, LLC MEMBERS

| Name of Member | Percentage Interest |
|---|---|
| Edward H. Bersoff., Managing Member[1] | 12.5% |
| Eric R. Wells | 12.5% |
| Thomas B. DeWitt | 6.25% |
| Ralph Apton | 6.25% |
| DeWitt Family LP | 12.5% |
| Wallace H. Holladay, Jr. | 6.25% |
| Michael K. Farr | 2.5% |
| Wayne V. Shelton | 2.5% |
| George F. Griffin | 2.5% |
| RSSJ Associates | 12.5% |
| Jai Gupta | 2.5% |
| Bob Witt | 6.25% |
| Barry Zuckerman, MD | 3.75% |
| Datawatch Systems, Inc. | 6.25% |
| John Bennett | 1.25% |
| John Rhodes | 1.25% |
| Kevin Cole | 2.5% |

---

[1] All other members of ARC, LLC, with the exception of Mr. Bersoff, are non-managing members.