**Alan Rosenblum, Esq.**
Virginia Bar #19973
**ROSENBLUM & ROSENBLUM, L.L.C.**
228 South Washington Street, Suite 300
P. O. Box 320039
Alexandria, Virginia 22320
Counsel for Robert D. McDonald

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. **10-14519-RGM** |
| **AirOcare, Inc.**, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## OBJECTION BY ROBERT McDONALD TO DEBTOR'S CHAPTER 11 PLAN CONFIRMATION

**Robert D. McDonald**, by counsel, hereby files his Objection to Debtor's Chapter 11 Plan Confirmation.

Debtor's plan fails to satisfy the requirement for confirmation because (1) it has not been proposed in good faith and (2) it is not feasible. McDonald adopts such other reasons as set forth in EMF's objection to confirmation and Key Electronic objection to confirmation.

Dated: March 1, 2011

          **Robert D. McDonald**.
          By Counsel

   **/s/Alan Rosenblum**
      Alan Rosenblum, Esq.
      VSB# 19973
      Rosenblum & Rosenblum, LLC
      P.O. Box 320039
      Alexandria, VA 22320

# CERTIFICATE OF SERVICE

I hereby certify that on this March 1, 2011 a true copy of the foregoing OBJECTION BY ROBERT McDONALD TO DEBTOR'S CHAPTER 11 PLAN CONFIRMATION was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service and sent by first-class mail postage pre-paid to the following parties:

**Frank J. Bove**
Office of the US Trustee
115 S. Union St., Ste. 210
Alexandria, VA 22314
frank.j.bove@usdoj.gov

**Lawrence Allen Katz**
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
lakatz@venable.com

**Kristen E. Burgers**
Venable LLP
8010 Towers Crescent Dr. Suite 300
Vienna, VA 22182-2707
keburgers@venable.com

**Stephen E. Leach**
Leach Travell Britt, PC
8270 Greensboro Drive
Suite 1050
McLean, VA 22102
sleach@ltblaw.com

                                                  **/s/ Alan Rosenblum**
                                                  Alan Rosenblum, Esq.
                                                  VSB# 19973
                                                  Rosenblum & Rosenblum, LLC
                                                  P.O. Box 320039
                                                  Alexandria, VA  22320