# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: ) ) | |
| ) | Case No. 10-14519-RGM |
| AIROCARE, INC., ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATION OF TABULATION OF BALLOTS WITH RESPECT TO VOTE ON CHAPTER 11 PLAN OF REORGANIZATION OF AIROCARE, INC.

I, Lawrence A. Katz, hereby certify as follows:

1. On January 20, 2011, solicitation packages for the Chapter 11 Plan (the "Plan") of Reorganization of AirOcare, Inc., the debtor and debtor-in-possession herein (the "Debtor"), were served on creditors, equity holders, and Rule 2002 notice parties, as provided in the Order (i) Approving First Amended Disclosure Statement, (ii) Establishing a Deadline for Filing Proofs of Claim by Scheduled, Disputed Creditors, (iii) Approving Form of Ballot, (iv) Establishing Voting Deadline and Procedures for Vote Tabulation, and (v) Approving Form of Notice (the "Disclosure Statement Order") entered on January 20, 2011, [Docket Entry No. 165]. *See* Certificate of Service for Solicitation Packages for Voting on the Chapter 11 Plan of Reorganization of AirOcare, Inc. [Docket Entry No. 167].

2. Pursuant to the Disclosure Statement Order, only holders of claims in Class 1 and Class 3 were entitled to vote. Ballots were to be submitted to the undersigned counsel to the Debtor by first class mail or overnight delivery no later than 5:00 p.m. EST on March 1, 2011 (the "Voting Deadline").

Lawrence A. Katz (VSB No. 47664)
Frederick W. H. Carter (VSB No. 80204)
VENABLE LLP
8010 Towers Crescent Drive, Suite 280
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel to AirOcare, Inc.*

3. The Tally of Ballots (the "Tally") attached hereto as Exhibit A is an accurate tabulation of ballots cast by holders of claims in Class 1 and Class 3 as of the Voting Deadline. All ballots timely cast were included in the Tally, except for ballots submitted on account of claims to which the Debtor filed objections.

4. A detailed report for the ballots cast in Class 1 and Class 3 is attached hereto as Exhibit B.

5. A list of ballots that are not included in the Tally because such ballots were submitted on account of claims to which the Debtor filed objections is attached hereto as Exhibit C.

6. The ballots received by the undersigned counsel to the Debtor are stored at the offices of Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, Virginia 22182 and are available for inspection by or submission to the Court.

7. To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true and correct.

Dated: March 7, 2011

                */s/ Lawrence A. Katz*
                Lawrence A. Katz (VSB No. 47664)
                VENABLE LLP
                8010 Towers Crescent Drive, Suite 280
                Vienna, Virginia 22182
                Telephone: (703) 760-1600
                Facsimile: (703) 821-8949
                lakatz@venable.com

                *Counsel to AirOcare, Inc.,*
                *Debtor and Debtor in Possession*

# EXHIBIT A
## Tally of Ballots

| Creditor Class | Total No. of Members in Class Casting Ballots | Dollar Value of Claims Voting | Number of Ballots Accepting | Percent of Ballots Accepting | Total Dollar Value of Acceptances | Percent of Value Accepting | Number of Ballots Rejecting | Percent of Ballots Rejecting | Total Dollar Value of Rejections | Percent of Value Rejecting | Indicate if Class is Entitled to Vote |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 – Allowed Secured Claim | 1 | $1,125,000 | 1 | 100% | $1,125,000 | 100% | 0 | 0% | $0 | 0% | Yes |
| Class 2 – Allowed Priority Claims | | | | | | | | | | | No |
| Class 3 – Allowed Unsecured Claims | 10 | $2,678,603.53 | 9 | 90% | $2,669,674.69 | 99.67% | 1 | 10% | $8,928.84 | 0.33% | Yes |
| Class 4 – Equity Interests | | | | | | | | | | | No |

# EXHIBIT B
## Detailed Report of Ballots

### Class 1

| Date Received | Creditor Name | Amount of Claim | Accept or Reject? |
|---|---|---|---|
| 3/1/2011 | ARC, LLC | $1,125,000.00 | Accept |

### Class 3

| Date Received | Creditor Name | Amount of Claim | Accept or Reject? |
|---|---|---|---|
| 1/26/2011 | Edward H. Bersoff | $56,570.78 | Accept |
| 1/31/2011 | Allied Electronics, Inc. | $7,429.10 | Accept |
| 1/31/2011 | Bruce A. Brightwell | $1,695.00 | Accept |
| 2/1/2011 | Barry P. Gossett | $110,130.55 | Accept |
| 2/25/2011 | International Investments, LLC | $113,816.06 | Accept |
| 2/28/2011 | BSTCO | $82,533.20 | Accept |
| 3/1/2011 | Carlos Lima | $750,000.00 | Accept |
| 3/1/2011 | Dr. Erik B. Young | $17,500.00 | Accept |
| 3/1/2011 | Dr. Erik B. Young, Joyce D.C. Young, and EBY Family LLC | $1,530,000.00 | Accept |
| 3/1/2011 | William Snyder | $8,928.84 | Reject |

# EXHIBIT C
## Ballots Not Included in the Tally of Ballots[1]

| Date Received | Creditor Name | Amount of Claim | Status |
|---|---|---|---|
| 2/28/2011 | Stuart Rutchik | $20,126.80 | Subject to Objection [DE 171] |
| 3/1/2011 | Robert McDonald | $4,606,141.34 | Subject to Objection [DE 169] |
| 3/1/2011 | Robert McDonald | $175,000.00 | Subject to Objection [DE 169] |
| 3/1/2011 | Jack Prouty | $3,500,000.00 | Subject to Objection [DE 175] |
| 3/1/2011 | Key Electronics, Inc. | $393,751.17 | Subject to Objection [DE 183] |

---

[1] Claimants Prouty, Rutchik, and McDonald have all filed motions for temporary allowance of claim [Docket Nos. 189, 192, and 196, respectively].