IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-14519-RGM |
| AIROCARE, INC., ) | (Chapter 11) |
| ) | |
| Debtor. ) | |

**STIPULATION AND CONSENT ORDER RESOLVING OBJECTION TO
CLAIM NO. 12 FILED BY EMF PROPERTIES, LLC**

AirOcare, Inc., ("AirOcare"), the debtor and debtor in possession in the captioned Chapter 11 case and EMF Properties, LLC ("EMF"), a creditor of AirOcare, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, this case was commenced when AirOcare filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court on May 29, 2010; and

WHEREAS, AirOcare listed EMF on its Schedule F as a general unsecured creditor with a disputed claim in the amount of $35,868.75; and

WHEREAS, EMF filed Proof of Claim No. 12 as a general unsecured claim in the amount of $77,365.95 on August 9, 2010; and

WHEREAS, on November 24, 2011, AirOcare filed its Amended Plan of Reorganization of AirOcare (the "Plan") [Docket No. 126]; and

WHEREAS, on February 7, 2011, AirOcare filed its Objection to Claim No. 12

Lawrence A. Katz  (VSB No. 47664)
Frederick W. H. Carter (VSB No. 80204)
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Phone:  (703) 760-1600
Fax (703) 760-8921

*Counsel to AirOcare, Inc.*

Filed by EMF Properties Group, LLC (the "Claim Objection") [Docket No. 179] seeking disallowance of EMF's Claim; and

WHEREAS, on March 1, 2011, EMF filed its Objection to Debtor's Chapter 11 Plan of Reorganization (the "Plan Objection") [Docket No. 198]; and

WHEREAS, the parties have informally exchanged discovery regarding Claim No. 12; and

WHEREAS, AirOcare and EMF now agree that to avoid the costs and uncertainties of litigation, it is in the parties' best interest to resolve the various disputes between them; and

WHEREAS, the parties have agreed to allowance of the EMF claim in the amount of $73,435.32 and AirOcare has agreed to withdraw the Claim Objection; and

WHEREAS, EMF has agreed to withdraw the Plan Objection; and

WHEREAS, EMF has agreed to cast its vote to accept the Plan in the agreed allowed amount of its claim, $73,435.32, and AirOcare has agreed to waive any objection to the timeliness of such ballot pursuant to the Order (i) Approving First Amended Disclosure Statement, (ii) Establishing a Deadline for Filing Proofs of Claim by Scheduled, Disputed Creditors, (iii) Approving Form of Ballot, (iv) Establishing Voting Deadline and Procedures for Vote Tabulation, and (v) Approving Form Of Notice entered by the Court on January 21, 2011 [Docket No. 166].

**NOW THEREFORE, UPON CONSIDERATION** of the agreements of the parties contained herein as evidenced by the signature of their counsel below, it is, by the United States Bankruptcy Court for the Eastern District of Virginia sitting in Alexandria:

**ORDERED,** that Claim No. 12 filed by EMF is hereby ALLOWED in the amount of $73,435.32; and it is further,

**ORDERED,** that the Claim Objection is hereby deemed withdrawn by AirOcare; and it is further,

2

MC1DOCS1/321217

**ORDERED,** that the Plan Objection is hereby withdrawn by EMF.

Signed this _____ day of _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

MC1DOCS1/321217

**Certification under Local Rule 9022-1**

I HEREBY CERTIFY that the proposed consent order has been endorsed by all necessary parties.

/s/ Frederick W.H. Carter
Frederick W. H. Carter

WE ASK FOR THIS:


/s/ Frederick W.H. Carter
Lawrence A. Katz  (VSB No. 47664)
Frederick W. H. Carter (VSB No. 80204)
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Phone:  (703) 760-1600
Fax (703) 760-8921
lakatz@venable.com
fwhcarter@venable.com

*Counsel to AirOcare, Inc.*



/s/ Jason Harbour
Jason Harbour (VSB No. 68220)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Phone: (804) 788-7233
Fax: (804) 343-4834
jharbour@hunton.com
jpaget@hunton.com

*Counsel to EMF Properties, LLC*

Copies to:

Lawrence A. Katz
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182

Joseph A. Guzinski
Office of The United States Trustee
115 South Union Street, Plaza Level
Suite 210
Alexandria, VA 22314

2

MC1DOCS1/321217